UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY<br>*Plaintiff,* | :<br>: Case No.: 12-CV-4548 (WHP)<br>: |
| v. | : |
| SMITH BROTHERS INSURANCE, INC., et al.<br>*Defendants.* | :<br>:<br>: |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Anthony J. Natale, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for James Bartlett Nelson in the above-captioned claim.

I am in good standing of the bars of the State of Connecticut and State of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 21, 2012

                                           Respectfully Submitted,
                                           JAMES BARTLETT NELSON

                                           By: _____
                                           Anthony J. Natale
                                           Natale & Wolinetz
                                           750 Main Street – Suite 600
                                           Hartford, Connecticut 06103
                                           Tel.:  (860) 525-0400
                                           Fax:  (860) 525-0460
                                           *anatale@natalelawfirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via e-mail and United States mail, postage prepaid, on June 21st, 2012 to:

Steven H. Rittmaster, Esq.
Lawrence S. Novak, Esq.
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
100 Jericho Quadrangle – Suite 309
Jericho, New York 11753-2702
srittmaster@tlggr.com
lnovak@tlggr.com
*Attorneys for Plaintiff*

Joseph B. Smith
President & CEO
Smith Brothers Insurance, Inc.
68 National Drive
Glastonbury, CT 06033

_____
Anthony J. Natale
Natale & Wolinetz
750 Main Street – Suite 600
Hartford, Connecticut 06103
Tel.:   (860) 525-0400
Fax:   (860) 525-0460
*anatale@natalelawfirm.com*

# State of Connecticut
# Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at Hartford on the 7th day of December, 1990.

Anthony Joseph Natale
of
Glastonbury, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day June 19, 2012.

Michele T. Angers
*Chief Clerk*



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **April** A.D. **2000**, said Court being the highest Court of Record in said Commonwealth:

**Anthony J. Natale**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **June** in the year of our Lord **two thousand and twelve**.



**MAURA S. DOYLE, Clerk**



* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY<br>*Plaintiff*, | Case No.: 12-CV-4548 (WHP) |
| v. | |
| SMITH BROTHERS INSURANCE, INC., et al.<br>*Defendants*. | |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Anthony J. Natale for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bars of the State of Connecticut and State of Massachusetts, and that his contact information is as follows:

> Anthony J. Natale
> Natale & Wolinetz
> 750 Main Street – Suite 600
> Hartford, Connecticut 06103
> Tel.:   (860) 525-0400
> Fax:   (860) 525-0460
> anatale@natalelawfirm.com

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel for James Bartlett Nelson in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, all counsel shall immediately apply for an ECF password.

Dated:

_____
United States District/Magistrate Judge

Case 1:12-cv-04548-WHP   Document 5   Filed 06/26/12   Page 6 of 6