UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE HANOVER INSURANCE COMPANY
    *Plaintiff,*

v.

SMITH BROTHERS INSURANCE, INC., et al.
    *Defendants.*

Case No.: 12-CV-4548 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/12

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Anthony J. Natale for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bars of the State of Connecticut and State of Massachusetts, and that his contact information is as follows:

Anthony J. Natale
Natale & Wolinetz
750 Main Street – Suite 600
Hartford, Connecticut 06103
Tel.:  (860) 525-0400
Fax:  (860) 525-0460
anatale@natalelawfirm.com

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/10/12

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel for James Bartlett Nelson in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, all counsel shall immediately apply for an ECF password.