UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE HANOVER INSURANCE COMPANY,          :

                              Plaintiff,   :   12 Civ. 4548 (WHP)

            -against-   :   SCHEDULING ORDER

SMITH BROTHERS INSURANCE et ano.,       :

                             Defendants.  :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/12

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having appeared for an initial pre-trial conference on October 16, 2012, the following schedule is established on consent:

1. Plaintiffs should make any initial expert disclosure by February 8, 2013.

2. Defendants should make any initial expert disclosure by February 22, 2013.

3. All parties shall exchange expert reports by March 22, 2013.

4. All discovery shall be completed by April 19, 2013;

5. Counsel shall submit a joint pre-trial order in accord with this Court's Individual Practices by May 20, 2013; and

6. This Court will hold a final pre-trial conference on May 31, 2013, at 11:00 a.m.

Dated: October 25, 2012
       New York, New York

                                         SO ORDERED:

                                         WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record:*

Lawrence S. Novak
Torre, Lentz, Gamell, Gary & Rittmaster LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
*Counsel for Plaintiff*

Jeffrey Martin Kadish
Morgan, Melhuish, Monaghan etal
39 Broadway
651 W. Mt. Pleasant Ave. Livingston, NJ 07039
New York, NY 10002
*Counsel for Defendant Smith Brothers Insurance*

Anthony J. Natale
Natale & Wolinetz
750 Main Street - Suite 600
Hartford, CT 06103
*Counsel for Defendant Nelson*