UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE HANOVER INSURANCE COMPANY,

           *Plaintiff*,

- against -

SMITH BROTHERS INSURANCE, INC. and
JAMES BARTLETT NELSON,

           *Defendants*.

and

JAMES BARTLETT NELSON,

           *Third Party Plaintiff*,

- against -

CITADEL CONSTRUCTION CORP., DAVID P. STACK,
MOHAMMAD HASSANKHANI, EDWARD ROMERO,
F. ROBERT LASARACINA, CPA, LLC and GORDON
FAMILY TRUST,

           *Third Party Defendants*.
------------------------------------------------------------------X

12 Civ. 4548 (WHP)

**REVISED**
**SCHEDULING ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/14
```

WILLIAM H. PAULEY III, District Judge:

    The following schedule is established on consent of counsel for all parties:

1. All expert depositions shall be completed by August 29, 2014;

2. Counsel shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 30, 2014; and

3. This Court will hold a final pre-trial conference on October 17, 2014, at 12:00 pm.

No further requests for an extension will be granted.

SO ORDERED:

-1-

6/12/14

WILLIAM H. PAULEY III
U.S.D.J.