```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE HANOVER INSURANCE COMPANY,            :

                                          :    12cv4548

            Plaintiff,                    :

                                          :
      -against-                                SCHEDULING ORDER
                                          :

SMITH BROTHERS INSURANCE *et ano.*,       :

                                          :

            Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a pre-motion conference on June 26, 2014, the Court adopts the following schedule:

1. Plaintiff shall serve its amended complaint by July 3, 2014;

2. Plaintiff shall serve and file any motion to permit the expert testimony of Tony Lardaro by July 15, 2014;

3. Defendants' opposition is due by July 25, 2014;

4. Plaintiff's reply is due July 31, 2014;

5. The Court will take the motion on submission.

Dated: June 26, 2014
      New York, New York

                                           SO ORDERED:

                                           WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record*:

Lawrence S. Novak
Torre, Lentz, Gamell, Gary & Rittmaster LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
*Counsel for Plaintiff*

Jeffrey Martin Kadish
Morgan, Melhuish, Monaghan etal
39 Broadway
651 W. Mt. Pleasant Ave. Livingston, NJ 07039
New York, NY 10002
*Counsel for Defendant Smith Brothers Insurance*

Anthony J. Natale
Natale & Wolinetz
750 Main Street - Suite 600
Hartford, CT 06103
*Counsel for Defendant Nelson*

Russell Michael Gioiella
Litman, Asche Lupkin, Gioiella & Bassin, LLP
45 Broadway, 30th Floor
New York, NY 10006
*Counsel for Third Party Defendant Stack*